UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OFFSHORE INNOVATIONS, INC. )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>TOURNAMENT CABLE, INC. and )<br>CHARLES RICHARDSON, )<br>)<br>Defendants )<br>_____) | C.A. No. 09-10985 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, Offshore Innovations, Inc. and Defendants, Tournament Cable, Inc. and Charles Richardson ("Defendants") hereby stipulate pursuant to Fed.R.Civ.P. 41(a)(1)(ii) that all claims are hereby dismissed, with prejudice, with each party to bear its own costs, and with all rights of appeal being hereby waived.

Respectfully submitted,

LAWSON & WEITZEN, LLP

/s/ J. Mark Dickison
J. Mark Dickison (BBO No. 629170)
mdickison@lawson-weitzen.com
Michael Williams (BBO No. 634062)
mwilliams@lawson-weitzen.com
88 Black Falcon Ave., Suite 345
Boston, MA 02210-1736
Telephone: 617-439-4990
Facsimile: 617-439-3987
*Attorneys for Plaintiff,*
*Offshore Innovations, Inc.*

Respectfully submitted,

DONOVAN HATEM, LLP

/s/ Damian R. LaPlaca
Damian R. LaPlaca (BBO No. 55139)
dlaplaca@donovanhatem.com
Darrell Mook (BBO No. 546754)
dmook@donovanhatem.com
Two Seaport Lane
Boston, MA 02210
Telephone: 617-406-4500
Facsimile: 617-406-4501
*Attorneys for Defendants, Tournament*
*Cable, Inc. and Charles Richardson*

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the foregoing *Stipulation of Dismissal with Prejudice* was filed through the ECF system and will be sent electronically to the registered participants, including those persons listed below, this 7th day of September, 2010:

Damian R. LaPlaca, Esquire<br>
Donovan Hatem LLP<br>
Two Seaport Lane<br>
World Trade Center East<br>
Boston, MA 02210

                                              /s/ J. Mark Dickison